

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00143-CV

**IN RE S.J.G.**, Relator

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            H. Todd McCray, Justice

On March 3, 2025, relator filed a petition for a writ of mandamus. After considering the mandamus petition and record, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on April 9, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2014CI13767, styled *In re L.C.G.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.